IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Bryan Stewart Ravitz and<br>Windy Marie Ravitz,<br><br>————————Debtors.————<br>Bryan Stewart Ravitz and<br>Windy Marie Ravitz,<br><br>            Plaintiffs,<br><br>v.<br><br>Wilmington Savings Fund Society, FSB,<br><br>            Defendant. | Chapter 13<br><br>Case No. 10-13478 (BLS)<br><br><br><br><br><br>Adv. Proc. No. 11-50601 (BLS) |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed, pursuant to Rule 41 (a) (1) of the Federal Rules of

Civil Procedure, which is incorporated herein by reference pursuant to Rule 7041 of the Federal

Rules of Bankruptcy Procedure, by the above captioned Plaintiffs and the above-captioned

Defendant, by and through their respective undersigned counsel, that the above-captioned

adversary proceeding is hereby dismissed with prejudice.  An answer has been filed in this

action.

Garvan F. McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900

*Attorneys for Wilmington Savings Fund
Society, FSB*

Vivian A Houghton (No. 2010)
800 West Street 2nd floor
Wilmington, DE 19801
Telephone: (302) 658-0518

*Attorney for Debtors/Plaintiffs*